1  Kevin D. Neal (SBN 011640)
   Katherine E. Hollist (SBN 033085)
2  GALLAGHER & KENNEDY, P.A.
   2575 East Camelback Road
3  Phoenix, Arizona  85016-9225
   Telephone:    (602) 530-8000
4  Facsimile:    (602) 530-8500
   kevin.neal@gknet.com
5  kate.hollist@gknet.com
   *Attorneys for Defendant Target Corporation*
6

7              **UNITED STATES DISTRICT COURT**

8                  **DISTRICT OF ARIZONA**

9  Antonia Schmitt and Paul Schmitt, wife and       No.
   husband,
10                                                   **APPENDIX OF ALL PROCESS,**
                    Plaintiffs,                      **PLEADINGS, MINUTE ENTRIES,**
11                                                   **ORDERS, MOTIONS AND**
   v.                                                **RESPONSES FROM REMOVED**
12                                                   **CASE**
   Target Stores, Inc. (FN) whose true name is
13 Target Corporation, a corporation,

14                  Defendant.

15

16        Defendant Target Corporation (hereinafter collectively referred to as "Target" or

17 "Defendant"), by and through undersigned counsel, hereby submits this Appendix of all

18 process, pleadings, minutes entries, orders, motions and response filed in the Removed Case.

19                    ***Schmitt v. Target Corporation***
                      ***Case No. S1400CV2017-00275***
20

21

| Exhibit | Description | Date |
|---------|-------------|------|
| 1. | Certificate of Compulsory Arbitration | 04/12/17 |
| 2. | Complaint | 04/12/17 |
| 3. | Summons to Target Stores, Inc. (FN), whose true name is Target Corporation | 04/14/17 |
| 4. | Answer | 05/05/17 |
| 5. | Defendant's Demand for Jury Trial | 05/05/17 |
| 6. | Defendant's Certificate of Compulsory Arbitration | 05/05/17 |
| 7. | Notice of Service of Disclosure Statement | 06/21/17 |
| 8. | Stipulation for Entry of Protective Order | 06/26/17 |

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

| Exhibit | Description | Date |
|---------|-------------|------|
| 9. | Protective Order | 06/29/17 |
| 10. | Notice of Service of Disclosure | 07/20/17 |
| 11. | Joint Report | 07/27/17 |
| 12. | Order Setting Scheduling Conference | 07/31/17 |
| 13. | Motion to Continue Scheduling Conference | 08/03/17 |
| 14. | Order Setting Oral Argument | 08/04/17 |
| 15. | MEO continuing Scheduling Conference | 08/21/17 |

RESPECTFULLY SUBMITTED this 7th day of September, 2017.

GALLAGHER & KENNEDY, P.A.


By: */s/ Katherine E. Hollist*
    Kevin D. Neal
    Katherine E. Hollist
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225
    *Attorneys for Defendant Target*
    *Corporation*

        I certify that on this 7th day of September, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and mailed/emailed a copy of this document to:

A. James Clark
Clark & Associates
P.O. Box 1549
Yuma, AZ 85366-2369
jasclarkesq@aol.com
*Attorneys for Plaintiff*


*/s/ Megan Barber*

6181718v2/23964-0019

2